# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

RICHARD KLAISS, on behalf of all similarly situation persons,

    Plaintiff,

vs.

STEEL TOOL & ENGINEERING COMPANY, a Michigan corporation,

    Defendant.

Case No. 4:18-cv-12053

Hon. Linda V. Parker

---

| | |
|---|---|
| Nakisha N. Chaney (P65066)<br>SALVATORE PRESCOTT & PORTER<br>Attorney for Plaintiff<br>105 E. Main Street<br>Northville, Michigan 48167<br>(248) 679-8711<br>chaney@spplawyers.com | James F. Hermon (P53765)<br>Elisa J. Lintemuth (P74498)<br>DYKEMA GOSSETT PLLC<br>Attorneys for Defendant<br>400 Renaissance Center<br>Detroit, MI 48243<br>(313) 568-6800<br>jhermon@dykema.com<br>elintemuth@dykema.com |

---

## STIPULATED ORDER OF DISMISSAL

WHEREAS the Parties, by their respective counsel, having stipulated to the entry of an order; and this Court being otherwise advised in the premises:

**IT IS ORDERED** that this matter be and hereby is DISMISSED with prejudice and without costs to any party.

IT IS FURTHER ORDERED that the parties bear their own costs, expenses, interest, and attorney fees.

IT IS SO ORDERED.

                                                s/ Linda V. Parker
                                                LINDA V. PARKER
                                                U.S. DISTRICT JUDGE

Dated: October 10, 2019

So Stipulated:

/s/ Nakisha N. Chaney
Nakisha N. Chaney (P65066)
SALVATORE PRESCOTT & PORTER
Attorney for Plaintiff
105 E. Main Street
Northville, Michigan 48167
(248) 679-8711
chaney@spplawyers.com
Dated:  October 9, 2019


/s/ Elisa J. Lintemuth
James F. Hermon (P53765)
Elisa J. Lintemuth (P74498)
DYKEMA GOSSETT PLLC
Attorneys for Defendant
400 Renaissance Center
Detroit, MI 48243
(313) 568-6800
jhermon@dykema.com
elintemuth@dykema.com
Dated:  October 9, 2019